MEMORANDUM OPINION




No. 04-07-00145-CV



IN RE ALBERTO LITTERIO



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Sandee Bryan Marion, Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: May 9, 2007


PETITION FOR WRIT OF MANDAMUS DENIED

 The court has considered relator's petition for a writ of mandamus and the responses of the
real party in interest and is of the opinion that relief should be denied. See Tex. R. App. P. 52.8(a).
Accordingly, relator's petition for a writ of mandamus is denied.

 PER CURIAM


1. This proceeding arises out of Cause No. 2004-CI-06471, styled Alberto Litterio v. Raul Guzman and Target
Corporation, pending in the 224th Judicial District Court, Bexar County, Texas.